**Marshall Kenneth FLOWERS, Plaintiff—Appellant,**

v.

**SECRETARY OF THE U.S. DEPARTMENT OF THE TREASURY; et al., Defendants—Appellees.**

No. 03–16247.

D.C. No. CV–03–00016–SOM.

United States Court of Appeals, Ninth Circuit.

Submitted May 13, 2005.*

Decided May 26, 2005.

Marshall Kenneth Flowers, Honolulu, HI, pro se.

of this circuit except as provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suit-

Mark B. Stern, Alisa B. Klein, DOJ—U.S. Department of Justice, Washington, DC, for Defendant–Appellee.

Before KOZINSKI, CALLAHAN, and BEA, Circuit Judges.

## MEMORANDUM**

The only interest Flowers claims in the bonds is the ownership interest supposedly established by the state court judgment. But "registration is conclusive of ownership." 31 C.F.R. § 353.5(a). Flowers is not the registered owner and cannot, under principles of federal supremacy, rely on a contrary state court judgment to establish ownership. *See* 31 C.F.R. § 353.20(a) (stating that "[t]he Department of the Treasury will not recognize a judicial determination that gives effect to an attempted voluntary transfer inter vivos of a bond"); *see also Free v. Bland,* 369 U.S. 663, 669–70, 82 S.Ct. 1089, 8 L.Ed.2d 180 (1962) (concluding that federal law governs the interpretation of rights created by government bonds). Thus, Flowers has not alleged the invasion of a "legally protected interest" that is required for standing. *Lujan v. Defenders of Wildlife,* 504 U.S. 555, 560, 112 S.Ct. 2130, 119 L.Ed.2d 351 (1992).

Because Flowers does not have standing, it would be futile to allow the proposed amendment. *See Newland v. Dalton,* 81 F.3d 904, 907 (9th Cir.1996)

able for decision without oral argument. FED. R.APP. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

(holding that "district courts need not accommodate futile amendments").

**AFFIRMED.**

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This disposition is not appropriate for publication and may not be cited to or by the courts